BARBARA A. CAULFIELD (SBN 108999)
bcaulfield@dl.com
PETER E. ROOT (SBN 142348)
proot@dl.com
TERENCE P. WOODSOME (SBN 240908)
twoodsome@dl.com
DEWEY & LEBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
Telephone:   (650) 845-7000
Facsimile:   (650) 845-7333

Attorneys for Defendant
OMNICARE, INC.

GIRARDI | KEESE
THOMAS V. GIRARDI (SBN 36603)
tgirardi@girardikeese.com
STEPHEN G. LARSON (SBN 145225)
slarson@girardikeese.com
GRAHAM B. LIPPSMITH (SBN 221984)
glippsmith@girardikeese.com
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone:   (213) 977-0211
Facsimile:   (213) 481-1554

Attorneys for Plaintiffs
BARTON SPINDLER, DEBORAH
UNDERWOOD and VALERIE BURKS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BARTON SPINDLER, DEBORAH UNDERWOOD AND VALERIE BURKS, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHNSON & JOHNSON CORP., OMNICARE, INC., and DOES 1-10., Inclusive, <br><br> Defendants. | Case No. CV 10 1414 ELD <br><br> **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT OMNICARE, INC. TO RESPOND TO COMPLAINT** |

1   **IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto
2   through their respective attorneys of record that defendant Omnicare, Inc. has until June 28, 2010
3   to answer or otherwise respond to plaintiffs' complaint.

4   DATED: April 27, 2010            GIRARDI KEESE

                                     By: _____/s/_____
                                     THOMAS V. GIRARDI
                                     Attorneys for Plaintiffs
                                     Barton Spindler, Deborah Underwood
                                     and Valerie Burks

8   DATED: April 27, 2010            DEWEY & LEBOEUF LLP

                                     By: _____/s/_____
                                     BARBARA A. CAULFIELD
                                     Attorneys for Defendant
                                     Omnicare, Inc.

13   Filer's Attestation: Pursuant to General Order No. 45, Section X regarding signatures, I
14   attest under penalty of perjury that concurrence in the filing of the document has been obtained
15   from each of the signatories listed above.

16   DATED: April 27, 2010            DEWEY & LEBOEUF LLP

                                     By: _____/s/_____
                                     BARBARA A. CAULFIELD
                                     Attorneys for Defendant
                                     Omnicare, Inc.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 27, 2010                 *Elizabeth D. Laporte*
                                      Elizabeth D. Laporte
                                      United States Magistrate Judge

---
-2-
STIPULATION AND [PROPOSED] ORDER FOR
EXTENSION TO RESPOND TO COMPLAINT
Case No.: C10-1414 EDL

*(Sidebar: DEWEY & LEBOEUF LLP, 1950 University Avenue, Suite 500, East Palo Alto, CA 94303-2225)*