IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTON SPINDLER, et al., | No. C-10-1414 MMC |
| Plaintiffs, | **ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPY OF COMPLAINT** |
| v. | |
| JOHNSON & JOHNSON CORP., et al., | |
| Defendants. | |

On May 6, 2010, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS plaintiffs to submit forthwith a chambers copy of the Complaint, filed April 2, 2010.

**IT IS SO ORDERED.**

Dated: May 14, 2010

MAXINE M. CHESNEY
United States District Judge