1  GIRARDI|KEESE
   Thomas V. Girardi (State Bar No. 36603) (tgirardi@girardikeese.com)
2  Stephen G. Larson (State Bar No. 145225) (slarson@girardikeese.com)
   1126 Wilshire Boulevard
3  Los Angeles, California 90017
   Telephone:   (213) 977-0211
4  Facsimile:   (213) 481-1554

5  Counsel for Plaintiffs Barton Spindler, Deborah Underwood, and Valerie Burks

6  SIDLEY AUSTIN LLP
   Samuel R. Miller (State Bar No. 66871) (srmiller@sidley.com)
7  555 California Street
   San Francisco, California 94104
8  Telephone: (415) 772-1200
   Facsimile: (415) 772–7400
9  
   Counsel for Defendant Johnson & Johnson
10 
   DEWEY & LeBOUEF LLP
11 Barbara A. Caulfield (State Bar No. 108999) (bcaulfield@dl.com)
   1950 University Avenue, Suite 500
12 East Palo Alto, California 94303
   Telephone: (650) 845-7000
13 Facsimile: (650) 845-7333
   Counsel for Defendant Omnicare, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARTON SPINDLER, DEBORAH UNDERWOOD, and VALERIE BURKS,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>JOHNSON & JOHNSON, OMNICARE, INC., and DOES 1-10, Inclusive,<br><br>　　　　Defendants. | Case No. CV 10-1414-MMM<br><br>Hon. Maxine M. Chesney<br><br>[~~PROPOSED~~] ORDER ON JOINT STIPULATION RE: SCHEDULING DATES |

TO ALL PARTIES AND THEIR COUNSEL:

PLEASE TAKE NOTICE THAT having received and reviewed the parties' Joint Stipulation Re: Scheduling and good cause appearing therefor, the Court HEREBY ORDERS as follows:

1. The following Schedule for filing of amended complaint, responsive pleadings, and other scheduling dates is HEREBY APPROVED AND ORDERED:

   a. Plaintiffs shall file an Amended Complaint on or by July 21, 2010;

   b. Defendants pending Motions to Dismiss Plaintiffs' Complaint and Defendant's Johnson & Johnson's Ex Parte Motion to Continue July 23, 2010 Case Management Conference are deemed withdrawn;

   c. The parties shall conduct a Rule 26(f) meeting of counsel on or by July 28, 2010;

   d. Defendants shall file a response to Plaintiffs Amended Complaint within forty-five (45) days of the filing of the Amended Complaint;

   e. If Defendant(s) file a Motion to Dismiss the Amended Complaint, Plaintiffs shall have twenty-one (21) days from the filing of the Motion(s) to Dismiss to file an Opposition thereto;

   f. Defendant(s) shall have fifteen (15) days from the filing of Plaintiffs' Opposition to file a Reply Brief(s);

   g. Hearing on said Motion(s) to Dismiss Plaintiffs' Amended Complaint shall ~~take place on the next available calendar date to occur at least ten (10) days after the filing of Defendant(s) Reply Brief; and~~ be set by Defendant(s) pursuant to Civil Local Rule 7-2(a).

1        h. The Case Management Conference presently scheduled for July 23,

2          2010, is continued to October 1, 2010, at  10:30 a.m.  .

3  A Joint Case Management Statement shall be filed no later than September 24, 2010.

4  IT IS SO ORDERED.

5  Dated:     July  7 , 2010

By:   /s/ Vaughn R Walker for
      Hon. Maxine M. Chesney
      UNITED STATES DISTRICT COURT
      NORTHERN DISTRICT OF CALIFORNIA

2
ORDER ON JOINT STIPULATION RE: CLASS NOTICE