Samuel R. Miller (SBN 66871)
srmiller@sidley.com
Ryan M. Sandrock (SBN 251781)
rsandrock@sidley.com
Naomi A. Igra (SBN 269095)
nigra@sidley.com
**SIDLEY AUSTIN LLP**
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Mark E. Haddad (SBN 205945)
mhaddad@sidley.com
**SIDLEY AUSTIN LLP**
555 West Fifth Street
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

William A. Sarraille (SBN 144122)
wsarraille@sidley.com
**SIDLEY AUSTIN LLP**
1501 K Street, N.W.
Washington, D.C. 20005
Telephone (202) 736-8000
Facsimile: (202) 736-8711

Richard D. Raskin (Pro Hac Vice To Be Submitted)
rraskin@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, Illinois 60603
Telephone (312) 853-7000
Facsimile: (312) 853-7036

**Attorneys for Defendant
Johnson & Johnson**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARTON SPINDLER, DEBORAH UNDERWOOD and VALERIE BURKS, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHNSON & JOHNSON CORP., OMNICARE, INC., and DOES 1-10, Inclusive, <br><br> Defendants. | Case No. 10-cv-01414-MMC <br><br> [PROPOSED] <br> ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |

1  Richard D. Raskin, an active member in good standing of the bar of Illinois, whose business
2  address and telephone number is Sidley Austin LLP, One South Dearborn Street, Chicago, Illinois
3  60603, having applied in the above-entitled action for admission to practice in the Northern District
4  of California on a pro hac vice basis, representing Johnson & Johnson.

5  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
6  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac
7  vice. Service of papers upon and communication with co-counsel designated in the application
8  will constitute notice to party. All future filings in this action are subject to the requirements
9  contained in General Order No. 45, Electronic Case Filing.

Dated: July 7, 2010          /s/ Vaughn R Walker for

Judge Maxine M. Chesney

2
PROPOSED ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE