BARBARA A. CAULFIELD (SBN 108999)
bcaulfield@dl.com
PETER E. ROOT (SBN 142348)
proot@dl.com
TERENCE P. WOODSOME (SBN 240908)
twoodsome@dl.com
DEWEY & LEBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
Telephone:  (650) 845-7000
Facsimile:  (650) 845-7333

*Attorneys for Defendant Omnicare, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BARTON SPINDLER, DEBORAH UNDERWOOD AND VALERIE BURKS, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHNSON & JOHNSON CORP., OMNICARE, INC., and DOES 1-10., Inclusive, <br><br> Defendants. | Case No. CV 10-1414 MMC <br><br> [PROPOSED] ORDER GRANTING APPLICATION OF HARVEY KURZWEIL FOR ADMISSION *PRO HAC VICE* |

1   Harvey Kurzweil, an active member in good standing of the bar of the State of
2   New York, whose business address and telephone number is Dewey & LeBoeuf LLP, 1301
3   Avenue of the Americas, New York, NY 10019, (212) 259-8000, having applied in the above-
4   entitled action for admission to practice in the Northern District of California on a *pro hac vice*
5   basis, representing Omnicare, Inc.,

6   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
7   and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate
8   appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated
9   in the application will constitute notice to the party. All future filings in this action are subject to
10  the requirements contained in General Order No. 45, *Electronic Case Filing*.

12  Dated: __July 7_____, 2010            ____/s/ Vaughn R Walker for_____
13                                             The Hon. Maxine M. Chesney
                                               United States District Judge

-2-

[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
Case No.: CV 10-1414 MMC