BARBARA A. CAULFIELD (SBN 108999)
bcaulfield@dl.com
PETER E. ROOT (SBN 142348)
proot@dl.com
TERENCE P. WOODSOME (SBN 240908)
twoodsome@dl.com
DEWEY & LEBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
Telephone:   (650) 845-7000
Facsimile:   (650) 845-7333

*Attorneys for Defendant Omnicare, Inc.*

RECEIVED
2010 JUN 25 P 1: 22
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DIST. OF CA. S.F.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BARTON SPINDLER, DEBORAH UNDERWOOD AND VALERIE BURKS, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHNSON & JOHNSON CORP., OMNICARE, INC., and DOES 1-10., Inclusive, <br><br> Defendants. | Case No. CV 10-1414 MMC <br><br> [PROPOSED] ORDER GRANTING APPLICATION OF ALEXANDER M. KAYNE FOR ADMISSION *PRO HAC VICE* |

DEWEY & LEBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225

[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
Case No.: CV 10-1414 MMC

DEWEY & LEBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225

1     Alexander M. Kayne, an active member in good standing of the bar of the State of New York, whose business address and telephone number is Dewey & LeBoeuf LLP, 1301 Avenue of the Americas, New York, NY 10019, (212) 259-8000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Omnicare, Inc.,

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:  July 7 , 2010         /s/ Vaughn R Walker for
                                                 The Hon. Maxine M. Chesney
                                                 United States District Judge