IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTON SPINDLER, et al., | No. C-10-1414 MMC |
| Plaintiff, | **ORDER DENYING WITHOUT PREJUDICE APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| v. | |
| JOHNSON & JOHNSON CORP., et al., | |
| Defendants. | |

Before the Court is Urvashi Sen's Application for Admission of Attorney Pro Hac Vice, filed July 27, 2010, pursuant to Civil Local Rule 11-3.

"Each attorney requesting to be admitted to practice under Civil L.R. 11-3 must pay to the Clerk a fee," Civil L.R. 11-3(d), which fee is $210. The required fee was not submitted with the application. Further, although the Clerk as a courtesy telephonically notified counsel of the omission, the fee was not submitted subsequent to the filing of the application.

Accordingly, the application is hereby DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: August 13, 2010

MAXINE M. CHESNEY
United States District Judge