1  TERENCE P. WOODSOME (SBN 240908)
   twoodsome@dl.com
2  DEWEY & LEBOEUF LLP
   1950 University Avenue, Suite 500
3  East Palo Alto, CA 94303
   Telephone:  (650) 845-7000
4  Facsimile:  (650) 845-7333

5  HARVEY KURZWEIL (Admitted *pro hac vice*)
   hkurzweil@dl.com
6  ALDO A. BADINI (SBN 257086)
   abadini@dl.com
7  EAMON O'KELLY (Admitted *pro hac vice*)
   eokelly@dl.com
8  ALEXANDER KAYNE (Admitted *pro hac vice*)
   akayne@dl.com
9  DEWEY & LEBOEUF LLP
   1301 Avenue of the Americas
10 New York, NY 10019
   Telephone:  (212) 259-8000
11 Facsimile:  (212) 259-6333

12 *Attorneys for Defendant Omnicare, Inc.*

RECEIVED
2010 AUG 16  A 10: 32
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEWEY & LEBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BARTON SPINDLER, DEBORAH UNDERWOOD AND VALERIE BURKS, | Case No. CV 10-1414 MMC |
| Plaintiffs, | [PROPOSED] ORDER GRANTING APPLICATION OF URVASHI SEN FOR ADMISSION *PRO HAC VICE* |
| vs. | |
| JOHNSON & JOHNSON CORP., OMNICARE, INC., and DOES 1-10., Inclusive, | |
| Defendants. | |

[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Case No.: CV 10-1414 MMC

1   Urvashi Sen, an active member in good standing of the bar of the State of New
2   York, whose business address and telephone number is Dewey & LeBoeuf LLP, 1301 Avenue of
3   the Americas, New York, NY 10019, (212) 259-8000, having applied in the above-entitled
4   action for admission to practice in the Northern District of California on a *pro hac vice* basis,
5   representing Omnicare, Inc.,

6   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
7   and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate
8   appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated
9   in the application will constitute notice to the party. All future filings in this action are subject to
10  the requirements contained in General Order No. 45, *Electronic Case Filing*.

12  Dated: August 24, 2010

    _____
    The Hon. Maxine M. Chesney
    United States District Judge

-2-

[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
Case No.: CV 10-1414 MMC