1 | Samuel R. Miller (SBN 66871)
  | srmiller@sidley.com
2 | Ryan M. Sandrock (SBN 251781)
  | rsandrock@sidley.com
3 | **SIDLEY AUSTIN LLP**
  | 555 California Street, Suite 200
4 | San Francisco, CA 94104-1715
  | Telephone: (415) 772-1200
5 | Facsimile: (415) 772-7400

6 | Mark E. Haddad (SBN 205945)
  | mhaddad@sidley.com
7 | **SIDLEY AUSTIN LLP**
  | 555 West Fifth Street, Suite 200
8 | Los Angeles, California 90013
  | Telephone: (213) 896-6000
9 | Facsimile: (213) 896-6600

10 | Richard D. Raskin (*Admitted Pro Hac Vice*)
   | rraskin@sidley.com
11 | **SIDLEY AUSTIN LLP**
   | One South Dearborn
12 | Chicago, Illinois 60603
   | Telephone (312) 853-7000
13 | Facsimile: (312) 853-7036

14 | *Counsel for Defendant Johnson & Johnson*

15 | Additional Counsel Listed on Signature Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARTON SPINDLER, DEBORAH UNDERWOOD and VALERIE BURKS,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON CORP., OMNICARE, INC., and DOES 1-10., Inclusive.<br><br>Defendants. | Case No. CV-10-1414-JSW<br><br>Hon. Jeffrey S. White<br><br>**JOINT ADMINISTRATIVE MOTION AND [PROPOSED] ORDER RE: PAGE LIMITATION** |

JOINT ADMINISTRATIVE MOTION AND [~~PROPOSED~~] ORDER RE: PAGE LIMITATION;
Case No. CV-10-1414-JSW

Pursuant to Civil L.R. 7-11, plaintiffs Barton Spindler, Deborah Underwood and Valerie Burks and defendants Johnson & Johnson and Omnicare, Inc. (the "parties") hereby jointly move to extend the page limitations for the briefs on defendants' motions to dismiss, consistent with the parties' Joint Stipulation Regarding Page Limitation ("Joint Stipulation"). Good cause exists for this request because the defendants have already filed briefs in support of their motions to dismiss consistent with the page limitation set by Judge Chesney, and the parties are filing herewith a joint stipulation consistent with Civil L.R. 7-12 agreeing that the page limitation previously set by Judge Chesney shall apply to future briefing with respect to these motions to dismiss.

In support of this motion, the parties state as follows:

1. Judge Chesney's page limitations were 25 pages for a motion to dismiss, 25 pages for an opposition, and 15 pages for a reply.

2. On September 7, 2010, Defendant Johnson & Johnson filed a motion to dismiss the plaintiffs' first amended complaint that was consistent with the 25-page limitation set by Judge Chesney.

3. On September 7, 2010, Defendant Omnicare, Inc. filed a motion to dismiss the plaintiffs' first amended complaint that was consistent with the 25-page limitation set by Judge Chesney.

4. Concurrent with this motion, the parties filed a stipulation agreeing that the page limitations set by Judge Chesney shall apply to the opposition and reply briefs to be filed in connection with these motions to dismiss.

5. The parties believe that it would be inefficient to require the defendants to revise their motions to dismiss, which have already been filed, and plaintiffs submit it would be unfair to apply a page limitation to their opposition different than that applicable at the time the defendants filed their motions to dismiss.

6. Pursuant to a stipulation and proposed order filed concurrently herewith, the defendants will refile their motions to dismiss originally filed on September 7, 2010. Pursuant to that stipulation, the parties will request that the hearing on the motions be set for December 3, 2010.

WHEREFORE, for the foregoing reasons, the parties state that good cause exists for granting of this motion and respectfully request that the Court apply the page limitations agreed to in the Joint Stipulation.

Dated: September 30, 2010                Respectfully Submitted,

                                         GIRARDI | KEESE

                                         By: _/s/ Thomas V. Girardi_____
                                              Thomas V. Girardi
                                              *Attorneys for Plaintiffs*

                                         SIDLEY AUSTIN LLP

                                         By: ___/s/ Samuel R. Miller_____
                                              Samuel R. Miller
                                              *Attorneys for Defendant Johnson & Johnson*

                                         DEWEY & LEBOEUF LLP

                                         By: ___/s/__Aldo A. Badini_____
                                              Aldo A. Badini
                                              *Attorneys for Defendant Omnicare, Inc.*

### **SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby attest that I have on file written permission to sign this joint motion from all parties whose signatures are indicated by a conformed signature (/s/) within this e-filed document.

Dated: September 30, 2010                SIDLEY AUSTIN LLP

                                         By: ___/s/ Samuel R. Miller_____
                                              Samuel R. Miller
                                              *Attorneys for Defendant Johnson & Johnson*

Additional Counsel:

Thomas V. Girardi (SBN 36603)
tgirardi@girardikeese.com
Stephen G. Larson (SBN 145225)
slarson@girardikeese.com

| | |
|---|---|
| 1 | **GIRARDI | KEESE** |
| | 1126 Wilshire Boulevard |
| 2 | Los Angeles, California 90017 |
| 3 | Telephone: (213) 977-0211 |
| | Facsimile: (213) 481-1554 |
| 4 | *Counsel for Plaintiffs Barton Spindler, Deborah Underwood, and Valerie Burks* |
| 5 | Aldo A. Badini (SBN 257086) |
| | abadini@dl.com |
| 6 | **DEWEY & LEBOEUF LLP** |
| 7 | 1950 University Avenue, Suite 500 |
| | East Palo Alto, CA 94303 |
| 8 | Telephone: (650) 845-7050 |
| | Facsimile: (650) 845-7333 |
| 9 | |
| 10 | Harvey Kurzweil (*Admitted Pro Hac Vice*) |
| | hkurzweil@dl.com |
| 11 | Eamon O'Kelly (*Admitted Pro Hac Vice*) |
| | eokelly@dl.com |
| 12 | Alexander M. Kayne (*Admitted Pro Hac Vice*) |
| | akayne@dl.com |
| 13 | **DEWEY & LEBOEUF LLP** |
| 14 | 1301 Avenue of the Americas |
| | New York, NY 10019-6092 |
| 15 | Telephone: (212) 259 8000 |
| | Facsimile: (212) 259 6333 |
| 16 | |
| 17 | *Counsel for Defendant Omnicare, Inc* |

3

JOINT ADMINISTRATIVE MOTION AND [~~PROPOSED~~] ORDER RE: PAGE LIMITATION;
Case No. CV-10-1414-JSW

1  **[PROPOSED] ORDER**

2  The Court hereby sets the page limitation for motions to dismiss and responsive pleading as

3  follows:  25 pages for a motion to dismiss, 25 pages for an opposition, 15 pages for a reply.

4

5  IT IS SO ORDERED.

6

7  Dated:  October 5, 2010

8  _____
   THE HONORABLE JEFFREY S. WHITE
9  United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
JOINT ADMINISTRATIVE MOTION AND [PROPOSED] ORDER RE: PAGE LIMITATION;
Case No. CV-10-1414-JSW