| | |
|---|---|
| 1 | Samuel R. Miller (SBN 66871) |
|   | srmiller@sidley.com |
| 2 | Ryan M. Sandrock (SBN 251781) |
|   | rsandrock@sidley.com |
| 3 | **SIDLEY AUSTIN LLP** |
|   | 555 California Street, Suite 200 |
| 4 | San Francisco, CA 94104-1715 |
|   | Telephone: (415) 772-1200 |
| 5 | Facsimile: (415) 772-7400 |
| 6 | Mark E. Haddad (SBN 205945) |
|   | mhaddad@sidley.com |
| 7 | **SIDLEY AUSTIN LLP** |
|   | 555 West Fifth Street |
| 8 | Los Angeles, California 90013 |
| 9 | Telephone: (213) 896-6000 |
|   | Facsimile: (213) 896-6600 |
| 10 | |
| 11 | Richard D. Raskin (*Admitted Pro Hac Vice*) |
|    | rraskin@sidley.com |
|    | **SIDLEY AUSTIN LLP** |
| 12 | One South Dearborn |
|    | Chicago, Illinois 60603 |
| 13 | Telephone (312) 853-7000 |
|    | Facsimile: (312) 853-7036 |
| 14 | |
|    | *Counsel for Defendant Johnson & Johnson* |
| 15 | |
|    | Additional Counsel Listed on Signature Page |
| 16 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| BARTON SPINDLER, DEBORAH UNDERWOOD and VALERIE BURKS, | ) ) ) | Case No. CV-10-1414-JSW |
| | ) | Hon. Jeffrey S. White |
| Plaintiffs, | ) ) | |
| v. | ) ) | **JOINT STIPULATION AND [PROPOSED ORDER] RE: BRIEFING, HEARING, AND CASE MANAGEMENT CONFERENCE SCHEDULE** |
| JOHNSON & JOHNSON CORP., OMNICARE, INC., and DOES 1-10., Inclusive. | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

JOINT STIPULATION AND [PROPOSED] ORDER RE: BRIEFING, HEARING, AND CASE
MANAGEMENT CONFERENCE SCHEDULE; Case No. CV-10-1414-JSW

# JOINT STIPULATION

WHEREAS plaintiffs Barton Spindler, Deborah Underwood and Valerie Burks and defendants Johnson & Johnson and Omnicare, Inc. (the "parties") have agreed to a briefing, hearing, and case management conference schedule,

NOW, THEREFORE, IT IS HEREBY STIPULATED by and among the parties, by and through their undersigned counsel, to set the briefing, hearing, and case management conference schedule as follows:

1. Defendant J & J shall re-file the motion to dismiss it filed on September 7, 2010 (ECF No. 49), which motion shall include the new case number suffix "JSW".

2. Defendant Omnicare shall re-file the motion to dismiss it filed on September 7, 2010 (ECF No. 47), which motion shall include the new case number suffix "JSW".

3. Plaintiffs shall file their opposition to Defendants' motions to dismiss on or before October 28 ~~November 5,~~ 2010.

4. Defendants shall file their replies in support of their motions to dismiss on or before November 3 ~~November 19,~~ 2010.

5. The motions to dismiss shall be heard on December 3, 2010 at 9 a.m.

6. The Case Management Conference shall be on December 3, 2010 at 9 a.m.

7. The Case Management Statement shall be due on November 19, 2010.

8. The parties respectfully submit this stipulation regarding the briefing, hearing, and case management conference schedule.

Dated: September 30, 2010                    Respectfully Submitted,

                                             GIRARDI | KEESE

                                             By: _/s/ Thomas V. Girardi_____
                                                 Thomas V. Girardi
                                             *Attorneys for Plaintiffs*

1
JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER RE: BRIEFING, HEARING, AND CASE MANAGEMENT CONFERENCE SCHEDULE; Case No. CV-10-1414-JSW

|   |   |
|---|---|
| 1 | SIDLEY AUSTIN LLP |
| 2 | By: __/s/ Samuel R. Miller_____ |
| 3 | Samuel R. Miller |
|   | *Attorneys for Defendant Johnson & Johnson* |
| 4 |   |
|   | DEWEY & LEBOEUF LLP |
| 5 |   |
| 6 | By: __/s/ _ Aldo A. Badini_____ |
|   | Aldo A. Badini |
| 7 | *Attorneys for Defendant Omnicare, Inc.* |

## SIGNATURE ATTESTATION

Pursuant to General Order No. 45(X)(B), I hereby attest that I have on file written permission to sign this joint motion from all parties whose signatures are indicated by a conformed signature (/s/) within this e-filed document.

Dated: September 30, 2010                           SIDLEY AUSTIN LLP

By: __/s/ Samuel R. Miller_____
  Samuel R. Miller
  *Attorneys for Defendant Johnson & Johnson*

Additional Counsel

Thomas V. Girardi (SBN 36603)
tgirardi@girardikeese.com
Stephen G. Larson (SBN 145225)
slarson@girardikeese.com
**GIRARDI | KEESE**
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

*Counsel for Plaintiffs Barton Spindler, Deborah Underwood, and Valerie Burks*

Aldo A. Badini (SBN 257086)
abadini@dl.com
**DEWEY & LEBOEUF LLP**
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
Telephone: (650) 845-7050

2
JOINT STIPULATION AND [PROPOSED] ORDER RE: BRIEFING, HEARING, AND CASE
MANAGEMENT CONFERENCE SCHEDULE; Case No. CV-10-1414-JSW

| | |
|---|---|
| 1 | Facsimile: (650) 845-7333 |
| 2 | Harvey Kurzweil (*Admitted Pro Hac Vice*) |
| 3 | hkurzweil@dl.com<br>Eamon O'Kelly (*Admitted Pro Hac Vice*) |
| 4 | eokelly@dl.com<br>Alexander M. Kayne (*Admitted Pro Hac Vice*) |
| 5 | akayne@dl.com<br>**DEWEY & LEBOEUF LLP** |
| 6 | 1301 Avenue of the Americas |
| 7 | New York, NY 10019-6092<br>Telephone: (212) 259 8000 |
| 8 | Facsimile: (212) 259 6333 |
| 9 | *Counsel for Defendant Omnicare, Inc.* |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

3

JOINT STIPULATION AND [PROPOSED] ORDER RE: BRIEFING, HEARING, AND CASE MANAGEMENT CONFERENCE SCHEDULE; Case No. CV-10-1414-JSW

1 **[PROPOSED] ORDER**

2 The Court hereby vacates the previously assigned dates for the case management conference
3 and case management statement. The parties shall adhere to the schedule set forth in the Joint
4 Stipulation Regarding Briefing, Hearing and Case Management Conference Schedule, as modified.

5

6 PURSUANT TO STIPULATION, ~~IT IS SO ORDERED~~. AS MODIFIED, IT IS SO ORDERED.

7

8 Dated: October  5 , 2010
9 _____
   THE HONORABLE JEFFREY S. WHITE
10 United States District Judge

---

4
JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE: BRIEFING, HEARING, AND CASE
MANAGEMENT CONFERENCE SCHEDULE; Case No. CV-10-1414-JSW