IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTON SPINDLER, ET AL.,<br><br>       Plaintiffs,<br><br>  v.<br><br>JOHNSON & JOHNSON CORP., ET AL.,<br><br>       Defendants. | No. C 10-01414 JSW<br><br>**ORDER VACATING HEARING DATE AND CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rule 7-1(b), the Court finds that Defendants' Motions to Dismiss the First Amended Complaint, which have been set for hearing on January 14, 2011 at 9:00 a.m., are appropriate for decision without oral argument.

Accordingly, the motion hearing date is hereby VACATED. The motions will be taken under submission and decided on the papers. Further, the case management conference set for January 14, 2011, is VACATED. The Court will address the date of the case management conference in the Order on the Motions to Dismiss.

**IT IS SO ORDERED.**

Dated: January 13, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE