| | |
|---|---|
| 1 | Samuel R. Miller (SBN 66871) |
|   | srmiller@sidley.com |
| 2 | Ryan M. Sandrock (SBN 251781) |
|   | rsandrock@sidley.com |
| 3 | **SIDLEY AUSTIN LLP** |
|   | 555 California Street, Suite 200 |
| 4 | San Francisco, CA  94104-1715 |
|   | Telephone: (415) 772-1200 |
| 5 | Facsimile: (415) 772-7400 |
| 6 | Mark E. Haddad (SBN 205945) |
|   | mhaddad@sidley.com |
| 7 | **SIDLEY AUSTIN LLP** |
|   | 555 West Fifth Street |
| 8 | Los Angeles, California 90013 |
| 9 | Telephone:  (213) 896-6000 |
|   | Facsimile: (213) 896-6600 |
| 10 | |
| 11 | Richard D. Raskin (*Admitted Pro Hac Vice*) |
|    | rraskin@sidley.com |
|    | **SIDLEY AUSTIN LLP** |
| 12 | One South Dearborn |
|    | Chicago, Illinois 60603 |
| 13 | Telephone: (312) 853-7000 |
|    | Facsimile: (312) 853-7036 |
| 14 | |
|    | *Counsel for Defendant Johnson & Johnson* |
| 15 | |
|    | Additional Counsel Listed on Signature Page |
| 16 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARTON SPINDLER, DEBORAH UNDERWOOD, VALERIE BURKS, and PARVIS KAVEH, by and through his guardian ad litem MITRA KAVEH, individually and on behalf of all others similarly situated<br><br>                    Plaintiffs,<br>     v.<br><br>JOHNSON & JOHNSON, OMNICARE, INC., and DOES 1-10., Inclusive.<br><br>                    Defendants. | Case No. CV-10-1414-JSW<br><br>Hon. Jeffrey S. White<br><br>**JOINT STIPULATION AND [~~PROPOSED~~ ORDER] RE: CASE MANAGEMENT CONFERENCE SCHEDULE** |

---

JOINT STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE SCHEDULE; Case No. CV-10-1414-JSW

## JOINT STIPULATION

WHEREAS, the Court's January 21, 2011 Order set a case management conference for May 13, 2011 at 1:30 p.m.;

WHEREAS, defendants Johnson & Johnson and Omnicare, Inc. ("Defendants") filed separate motions to dismiss Plaintiffs' Second Amended Complaint on March 25, 2011;

WHEREAS, May 13, 2011 was not available for hearing on the motion to dismiss and Defendants set the hearing for June 10, 2011;

WHEREAS, Plaintiffs Barton Spindler, Deborah Underwood, Valerie Burks, and Parvis Kaveh ("Plaintiffs") and Defendants (the "Parties") have agreed that it would be more efficient for the Court and the Parties to continue the case management conference currently set for May 13, 2011 to June 10, 2011, the same time as the hearing on the motion to dismiss;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and among the Parties, by and through their undersigned counsel, to continue the case management conference to June 10, 2011 at 9 a.m.

Dated: April 1, 2011                                Respectfully Submitted,

                                                    GIRARDI | KEESE

                                                    By: /s/ Stephen G. Larson
                                                        Stephen G. Larson
                                                    *Attorneys for Plaintiffs*

                                                    SIDLEY AUSTIN LLP

                                                    By: /s/ Samuel R. Miller
                                                        Samuel R. Miller
                                                    *Attorneys for Defendant Johnson & Johnson*

                                                    DEWEY & LEBOEUF LLP

                                                    By: /s/ Aldo A. Badini
                                                        Aldo A. Badini
                                                    *Attorneys for Defendant Omnicare, Inc.*

1

JOINT STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE SCHEDULE; Case No. CV-10-1414-JSW

## SIGNATURE ATTESTATION

Pursuant to General Order No. 45(X)(B), I hereby attest that I have on file written permission to sign this joint motion from all parties whose signatures are indicated by a conformed signature (/s/) within this e-filed document.

Dated: April 1, 2011                                    SIDLEY AUSTIN LLP

By:  /s/ Samuel R. Miller
       Samuel R. Miller
*Attorneys for Defendant Johnson & Johnson*

Additional Counsel

Stephen G. Larson (SBN 145225)
slarson@girardikeese.com
**GIRARDI | KEESE**
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone:  (213) 977-0211
Facsimile:  (213) 481-1554

*Counsel for Plaintiffs*

Aldo A. Badini (SBN 257086)
abadini@dl.com
**DEWEY & LEBOEUF LLP**
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
Telephone: (650) 845-7050
Facsimile: (650) 845-7333

Harvey Kurzweil (*Admitted Pro Hac Vice*)
hkurzweil@dl.com
Eamon O'Kelly (*Admitted Pro Hac Vice*)
eokelly@dl.com
**DEWEY & LEBOEUF LLP**
1301 Avenue of the Americas
New York, NY 10019-6092
Telephone: (212) 259 8000
Facsimile:  (212) 259 6333

*Counsel for Defendant Omnicare, Inc.*

JOINT STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT
CONFERENCE SCHEDULE; Case No. CV-10-1414-JSW

**[~~PROPOSED~~] ORDER**

The Court hereby vacates the previously assigned dates for the case management conference. ~~The parties shall adhere to the schedule set forth in the Joint Stipulation Regarding Case Management Conference Schedule.~~  The Case Management Conference is continued to July 8, 2011 at 1:30 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED~~,~~ AS MODIFIED.

Dated: April __1__, 2011

_/s/ Jeffrey S. White_
THE HONORABLE JEFFREY S. WHITE
United States District Judge