IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTON SPINDLER, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON & JOHNSON CORP., ET AL., <br><br> Defendants. | No. C 10-01414 JSW <br><br> **ORDER STRIKING OPPOSITION BRIEF AND CONTINUING HEARING DATE AND CASE MANAGEMENT CONFERENCE** |

This matter is set for a hearing on June 10, 2010 on Defendants' motion to dismiss. Plaintiffs filed an opposition to this motion that exceeds the page limits allowed by this Court's Standing Order, which provides that "All briefs, whether in support of, in opposition to, or in reply to any motion, with the exception of summary judgment motions and claims construction briefs, may not exceed fifteen pages in length, exclusive of title pages, indices of cases, table of contents, exhibits, and summaries of argument, if required." *See* Standing Order, ¶ 6. Therefore, the Court STRIKES Plaintiffs' opposition brief. Plaintiffs shall file an opposition in compliance with the Court's Standing Order by no later than June 1, 2011. Defendants shall file a reply brief by no later than June 10, 2010. The hearing on Defendants' motion to dismiss and the case management conference are hereby CONTINUED to July 29, 2011 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: May 23, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE