United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BARTON SPINDLER, ET AL.,

         Plaintiffs,

  v.

JOHNSON & JOHNSON CORP., ET AL.,

         Defendants.

_____/

No. C 10-01414 JSW

**ORDER OF REVISION**

     It has come to the Court's attention that Plaintiffs' opposition was a consolidated brief filed in response to two motions.  Therefore, the brief is not in excess of the page limits.  Accordingly, the Court will consider the brief.  Furthermore, Defendants' replies shall be due by May 27, 2011 and the hearing is RESET for June 10, 2011 at 9:00 a.m.

     **IT IS SO ORDERED.**

Dated: May 23, 2011

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE