ALDO A. BADINI (SBN 257086)
abadini@dl.com
DEWEY & LEBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
Telephone: (650) 845-7050
Facsimile: (650) 845-7333

HARVEY KURZWEIL (admitted *pro hac vice*)
hkurzweil@dl.com
EAMON O'KELLY (admitted *pro hac vice*)
eokelly@dl.com
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333

**Attorneys for Defendant
OMNICARE, INC.**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BARTON SPINDLER, DEBORAH UNDERWOOD, VALERIE BURKS, and PARVIS KAVEH, by and through his guardian ad litem MITRA KAVEH, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHNSON & JOHNSON CORP., OMNICARE, INC., and DOES 1-10., Inclusive, <br><br> Defendants. | Case No. CV-10-1414-JSW <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE SCHEDULE** |

**JOINT STIPULATION**

WHEREAS, the May 24, 2011 Clerk's Notice set a case management conference for July 29, 2011, at 1:30 p.m.;

WHEREAS, defendants Johnson & Johnson Corp. and Omnicare, Inc. ("Defendants") filed separate motions to dismiss Plaintiffs' Second Amended Complaint on March 25, 2011, and set the hearing on those motions for June 10, 2011;

WHEREAS, the June 2, 2011 Clerk's Notice rescheduled the hearing on Defendants' motions to dismiss to August 12, 2011, at 9:00 a.m.;

WHEREAS, Plaintiffs Barton Spindler, Deborah Underwood, Valerie Burks, and Parvis Kaveh ("Plaintiffs") and Defendants (the "Parties") have agreed that it would be more efficient for the Court and the Parties to continue the case management conference currently set for July 29, 2011 to August 12, 2011, the same time as the hearing on the motions to dismiss;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and among the Parties, by and through their undersigned counsel, to continue the case management conference to August 12, 2011, at 9:00 a.m.

Dated: June 13, 2011                          Respectfully Submitted,

                                              GIRARDI | KEESE

                                              By: __/s/ Graham B. LippSmith__
                                                    Graham B. LippSmith
                                              *Attorneys for Plaintiffs*

                                              SIDLEY AUSTIN LLP

                                              By: __/s/ Samuel R. Miller__
                                                    Samuel R. Miller
                                              *Attorneys for Defendant Johnson & Johnson*

                                              DEWEY & LEBOEUF LLP

                                              By: __/s/ Aldo A. Badini__
                                                    Aldo A. Badini
                                              *Attorneys for Defendant Omnicare, Inc.*

1

JOINT STIPULATION AND [~~PROPOSED~~] ORDER
RE: CASE MANAGEMENT CONFERENCE SCHEDULE
Case No.: CV-10-1414-JSW

1  Chicago, Illinois 60603
   Telephone (312) 853-7000
2  Facsimile: (312) 853-7036

3  *Attorneys for Defendant Johnson & Johnson Corp.*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

The Court hereby vacates the previously assigned dates for the case management conference. The parties shall adhere to the schedule set forth in the Joint Stipulation Regarding Case Management Conference Schedule.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June  15 , 2011        _____
                                                   THE HONORABLE JEFFREY S. WHITE
                                                   United States District Judge