| | |
|---|---|
| 1 | Samuel R. Miller (SBN 66871) |
|   | srmiller@sidley.com |
| 2 | Ryan M. Sandrock (SBN 251781) |
|   | rsandrock@sidley.com |
| 3 | **SIDLEY AUSTIN LLP** |
|   | 555 California Street, Suite 200 |
| 4 | San Francisco, CA 94104-1715 |
|   | Telephone: (415) 772-1200 |
| 5 | Facsimile: (415) 772-7400 |
| 6 | Mark E. Haddad (SBN 205945) |
|   | mhaddad@sidley.com |
| 7 | **SIDLEY AUSTIN LLP** |
|   | 555 West Fifth Street |
| 8 | Los Angeles, California 90013 |
| 9 | Telephone: (213) 896-6000 |
|   | Facsimile: (213) 896-6600 |
| 10 | |
| 11 | Richard D. Raskin (*Admitted Pro Hac Vice*) |
|    | rraskin@sidley.com |
| 12 | **SIDLEY AUSTIN LLP** |
|    | One South Dearborn |
| 13 | Chicago, Illinois 60603 |
|    | Telephone (312) 853-7000 |
| 14 | Facsimile: (312) 853-7036 |
| 15 | *Counsel for Defendant Johnson & Johnson* |
| 16 | Additional Counsel Listed on Signature Page |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| BARTON SPINDLER, DEBORAH UNDERWOOD, VALERIE BURKS, and PARVIS KAVEH, by and through his guardian ad litem MITRA KAVEH, individually and on behalf of all others similarly situated | ) ) ) ) ) ) | Case No. CV-10-1414-JSW  Hon. Jeffrey S. White  **DEFENDANTS' APPLICATION FOR ENTRY OF ORDER OF DISMISSAL PURSUANT TO THE COURT'S AUGUST 1, 2011 ORDER AND [PROPOSED] ORDER** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| JOHNSON & JOHNSON CORP., OMNICARE, INC., and DOES 1-10., Inclusive. | ) ) ) ) | |
| Defendants. | ) ) | |

---

DEFENDANTS' APPLICATION FOR ENTRY OF ORDER OF DISMISSAL PURSUANT TO THE COURT'S
AUGUST 1, 2011 ORDER AND [PROPOSED] ORDER; CASE NO. CV-10-1414-JSW

1    WHEREAS, the Court's August 1, 2011 Order (Dkt. No. 87) (the "Order") granted the motions of Defendants Johnson & Johnson ("J & J") and Omnicare, Inc. ("Omnicare") (collectively, "Defendants") to dismiss the Second Amended Complaint ("SAC") filed by Plaintiffs Barton Spindler, Deborah Underwood, Valerie Burks, and Parvis Kaveh ("Plaintiffs").

WHEREAS, the Order granted Plaintiffs leave to amend, stating that "Plaintiffs shall file their amended complaint, if any, within twenty days of the date of this Order."

WHEREAS, Plaintiffs did not file any amended complaint within twenty days of the date of the Order (August 22, 2011).

NOW, THEREFORE, Defendants respectfully request that this action be dismissed with prejudice. The Order (page 8, lines 14-15), states that "If the plaintiffs do not amend their complaint, this action will be dismissed without prejudice." However, in context, the Court may have meant "with prejudice." Thus, in the attached proposed Order, this issue is left for the Court.

Respectfully Submitted,

Dated: August 23, 2011

SIDLEY AUSTIN LLP

By:   /s/ Samuel R. Miller
      Samuel R. Miller
*Attorneys for Defendant Johnson & Johnson*

DEWEY & LEBOEUF LLP

By:   /s/ Aldo A. Badini
      Aldo A. Badini
*Attorneys for Defendant Omnicare, Inc.*

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby attest that I have on file written permission to sign this joint motion from all parties whose signatures are indicated by a conformed signature (/s/) within this e-filed document.

Dated: August 23, 2011                              SIDLEY AUSTIN LLP

                                                    By:   /s/ Samuel R. Miller
                                                        Samuel R. Miller
                                                        *Attorneys for Defendant Johnson & Johnson*

Additional Counsel

Aldo A. Badini (SBN 257086)
abadini@dl.com
**DEWEY & LEBOEUF LLP**
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
Telephone: (650) 845-7050
Facsimile: (650) 845-7333

Harvey Kurzweil (*Admitted Pro Hac Vice*)
hkurzweil@dl.com
Eamon O'Kelly (*Admitted Pro Hac Vice*)
eokelly@dl.com
**DEWEY & LEBOEUF LLP**
1301 Avenue of the Americas
New York, NY 10019-6092
Telephone: (212) 259 8000
Facsimile:  (212) 259 6333

*Counsel for Defendant Omnicare, Inc.*

1

DEFENDANTS' APPLICATION FOR ENTRY OF ORDER OF DISMISSAL PURSUANT TO THE COURT'S AUGUST 1, 2011 ORDER AND [PROPOSED] ORDER; CASE NO. CV-10-1414-JSW

**[PROPOSED] ORDER**

The Court hereby dismisses the action brought by Plaintiffs [with prejudice] [without prejudice].

**IT IS SO ORDERED.**

Dated: ~~August~~ October 25 ____, 2011

_____
THE HONORABLE JEFFREY S. WHITE
United States District Judge

2

DEFENDANTS' APPLICATION FOR ENTRY OF ORDER OF DISMISSAL PURSUANT TO THE COURT'S
AUGUST 1, 2011 ORDER AND [PROPOSED] ORDER; CASE NO. CV-10-1414-JSW